```
DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

ATTORNEY FOR DEFENDANT
CYNTHIA VAN HOLLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 12-253-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | CORRECTION OF RESTITUTION |
| v. | ) | |
| | ) | |
| CYNTHIA VAN HOLLAND, | ) | Judge: Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

 IT IS HEREBY STIPULATED by CYNTHIA VAN HOLLAND, through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, that the restitution amount stated on the record at the sentencing hearing on September 12, 2012, had an incorrect restitution amount of $33,615.08.  The restitution amount should

/ / /

/ / /

/ / /

1

be $33,960.08.  Scott Storey, United States Probation Officer, agrees with the new restitution amount.

DATED: September 14, 2012         Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

                                               /S/ Dennis S. Waks
                                               DENNIS S. WAKS
                                               Supervising Assistant Federal Defender
                                               Attorney for Defendant
                                               CYNTHIA VAN HOLLAND

DATE: September 14, 2012          BENJAMIN B. WAGNER
                                               United States Attorney

                                               /S/ Dennis S. Waks for
                                               MICHELLE RODRIGUEZ
                                               Assistant United States Attorney

**O R D E R**

    IT IS HEREBY ORDERED that the restitution be corrected to reflect the amount of $33,960.08, in the above entitled cause.

Dated:  September 18, 2012.

                                               UNITED STATES DISTRICT JUDGE